DUBROFF, Appellant, v. CURTIS BROS. LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Abraham Dubroff against the Curtis Bros. Lumber Company. No opinion. Judgment affirmed, with costs.